# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

NATHANIEL J. ROBERTS,

              Petitioner,

              v.

JEFFREY UTTECHT, Superintendent of Coyote Ridge Corrections Center, and ELDON VAIL, Secretary of Washington State Department of Corrections,

              Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-085-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondents pursuant to the Order Denying Petition for Writ of Habeas Corpus entered on January 4, 2011 (Ct. Rec. 42).

01/04/2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas